**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUAN CARLOS LOPEZ-BECERRA, <br><br> Defendant. | **No. 08-CR-4098-DEO** <br><br> **ORDER ACCEPTING REPORT AND RECOMMENDATION CONCERNING GUILTY PLEA AND <u>SCHEDULING</u> SENTENCING HEARING** |

### I. INTRODUCTION AND BACKGROUND

On December 17, 2008, at a two count Indictment (Docket No. 2) was returned in the above-referenced case.

Count One of the Indictment charges that on or about December 12, 2008, in the Northern District of Iowa, defendant Juan Carlos Lopez-Becerra did knowingly possess one or more documents prescribed by statute or regulation as evidence of authorized employment in the United States, to wit, a social security card in the name of "Juan Carlos Lopez-Becerra" bearing the last four digits "4270," and an alien registration card in the name of "Juan Carlos Lopez-Becerra" bearing the last three digits "175," which defendant knew such documents had been forged, counterfeit, falsely made, and otherwise unlawfully obtained.

This is in violation of Title 18, United States Code, Section 1546(a).

Count Two of the Indictment charges that on or about October 12, 2008, in the Northern District of Iowa, defendant Juan Carlos Lopez-Becerra, for the purpose of obtaining a thing of value and for other purposes, with the intent to deceive, did falsely represent a social security account number with the last four digits "4270" to be the account number assigned to him by the Commissioner of Social Security, when in fact that number had not been assigned to him by the Commissioner of Social Security. Defendant represented the social security account number with the last four digits "4270" to be his number in the course of applying for a job at Premier Services, Inc., in Sioux City, Iowa.

This was in violation of Title 42, United States Code, Section 408(a)(7)(B).

On February 18, 2009, defendant Juan Carlos Lopez-Becerra appeared before Chief United States Magistrate Judge Paul A. Zoss and entered pleas of guilty to Counts One and Two of the Indictment. In the Report and Recommendation (Docket No. 15, 02/18/2009), Chief United States Magistrate Judge Paul A. Zoss

recommends that defendant Juan Carlos Lopez-Becerra's guilty pleas be accepted. No objections to Judge Zoss's Report and Recommendation were filed. The Court, therefore, undertakes the necessary review to accept defendant Juan Carlos Lopez-Becerra's pleas in this case.

## II. ANALYSIS

### A. Standard of Review

Pursuant to statue, this Court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge].

28 U.S.C. § 636(b)(1). Similarly, Federal Rule of Civil Procedure 72(b) provides for review of a magistrate judge's Report and Recommendation on dispositive motions and prisoner petitions, where objections are made as follows:

> The district judge to whom the case is assigned shall make a de novo determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule. The district

3

> judge may accept, reject, or modify the recommendation decision, receive further evidence, or recommit the matter to the magistrate judge with instructions.

FED. R. CIV. P. 72(b).

In this case, no objections have been filed, and it appears to the Court upon review of Chief Magistrate Judge Zoss's findings and conclusions that there are no grounds to reject or modify them.

**IT IS THEREFORE HEREBY ORDERED** that this Court accepts Chief Magistrate Judge Zoss's Report and Recommendation (Docket No. 15), and accepts defendant Juan Carlos Lopez-Becerra's pleas of guilty in this case to Counts One and Two of the Indictment filed on December 17, 2008, (Docket No. 2).

**IT IS FURTHER HEREBY ORDERED** that the sentencing hearing regarding defendant Juan Carlos Lopez-Becerra shall take place before this Court on **Friday, April 3, 2009, at 3:00 p.m.**

**IT IS SO ORDERED** this 18th day of March, 2009.

_____
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa

4